FILED

2012 OCT 24 PM 4:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11CR1730-BEN |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| vs. | |
| ENRIQUE PEREZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing on April 24, 2012, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED.**

Dated: 10/23/12

HON. CATHY ANN BENCIVENGO
**United States District Judge**

- 1 -

CR